IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| MELVIN D. JOHNSON, #222095, | ) |
| | ) |
|     Petitioner, | ) |
| v. | )   CASE NO. 1:05-cv-243-MEF |
| | ) |
| ARNOLD HOLT, *et al.*, | ) |
| | ) |
|     Respondents. | ) |

## **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)  The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #24) filed on June 6, 2007 is OVERRULED;

(2)  The Recommendation of the United States Magistrate Judge (Doc. #21) entered on April 26, 2007 is ADOPTED;

(3)  The petition for habeas relief filed by petitioner is DENIED and this case is DISMISSED with prejudice.

DONE this the 11th day of June, 2007.

                                                  /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE